**CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE**

BEFORE JUDGE BIANCO    July 29, 2015    TIME: 10:40 a.m.
                                        Time in court 20 min.

CR 10- 0742

DEFT NAME: ROBERT OGLETREE
 X  present    __ not present    X  cust.    __ bail

DEFENSE COUNSEL: Edward Jenks
 X  present    __ not present    X  CJA    __ RET.    __ LAS

**A.U.S.A.:** Nicole Boeckmann            CLERK: Lisa Florio
Court Reporter: Paul Lombardi                USPO: Dennis Stickley
INT:   (LANG.-       )

- X   CASE CALLED.    X   DEFT(S)_____    APPEAR WITH COUNSEL.
- __  DEFT. ARRAIGNED, AND ENTERS X NOT GUILTY PLEA TO THE CHARGES.
- __  DEFT(S)_____    APPEAR WITHOUT COUNSEL.
- __  COUNSEL PRESENT WITHOUT DEFT(S)_____.
- __  **ORDER OF DETENTION ENTERED FOR DEFENDANT.**
- __  HEARING ADJ'D TO_____.

- __  FINAL REVOCATION HRG HELD.    __  HRG CONT'D TO _____.
- X   DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF : X  GUILTY  __ NOT GUILTY TO CHARGE 5  OF THE VIOLATION.
- __  COURT FINDS DEFT   __ GUILTY    __ NOT GUILTY.
- __  DEFT CONT'D ON PROB./S.R. UNTIL _____.
- __  DEFT REINSTATED TO PROB./S.R.    __ PROB./S.R. REVOKED.
- __  JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.
- X   HEARING SET FOR 9/8/2015  AT 1:30 P.M.
- __  SENTENCING HELD.
- __  EXECUTION OF SENTENCE STAYED TO _____.
- X   DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

SENTENCE TEXT:

*OTHER*: